**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON**

| | |
|---|---|
| **BRIAN AUFDERHAAR** : | **CASE NO. 3:18-CV-00335-TMR** |
| **KELLY AUFDERHAAR,** : | |
| : | **Judge Thomas M. Rose** |
| **Plaintiffs,** : | |
| **v.** : | |
| : | **AGREED JUDGMENT ENTRY** |
| **NEWREZ LLC, f/k/a NEW PENN** : | |
| **FINANCIAL, LLC, d/b/a** : | |
| **SHELLPOINT MORTGAGE** : | |
| **SERVICING,** : | |
| : | |
| **Defendant.** : | |

This matter is before the Court on the *Stipulation Regarding Rule 68 Offer Of Judgment* [Doc. 11] ("Stipulation") filed by Plaintiffs Brian Aufderhaar and Kelly Aufderhaar ("Aufderhaars") and Defendant NewRez LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing ("Shellpoint") (collectively, "the Parties"), and on the agreement of the Parties.

The Court, having reviewed the Stipulation and being duly advised by the Parties, hereby grants the Stipulation and **ORDERS** as follows:

Judgment is hereby rendered in favor of Plaintiffs Brian Aufderhaar and Kelly Aufderhaar and against Defendant NewRez LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing for the sum of $15,000.00, plus court costs.

This Court finds that there is no just reason for delay and that this Agreed Judgment Entry shall constituted a final, appealable order.

SO ORDERED THIS 10th DAY OF APRIL, 2019.

*s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Have seen and agreed:

/s/ Brian A. Brown
Brian A. Brown (0096733)
700 Stonehenge Parkway, Suite 2B
Dublin, OH 43017
Phone: (614) 944-5219
Fax: (818) 638-5548
Email: brian@doucet.law

*Attorneys for Plaintiffs Brian and Kelly Aufderhaar*

/s/ Jeffrey J. Hanneken
Jeffrey J. Hanneken (0086934)
GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-0349
Fax:     (513) 651-3836
E-mail: jhanneken@graydon.law

*Attorneys for Defendant NewRez, LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing*

# # #

9395839.1