# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Brian Aufderhaar, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 3:18-CV-335 |
| New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is hereby rendered in favor of Plaintiffs Brian Aufderhaar and Kelly Aufderhaar and against Defendant NewRez LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing for the sum of $15,000.00, plus court costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Agreed Judgment Entry

Date: 11/22/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk